UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>AN EASEMENT AND RIGHT-OF-WAY<br>OVER 0.19 ACRE OF LAND, MORE<br>OR LESS, IN SUMNER COUNTY,<br>TENNESSEE, and<br>CAROLYN KIRSCH<br>BEN FERRELL KIRSCH<br>WILLADEAN R. KIRSCH<br>REGIONS BANK<br>CITIZENS BANK<br>BETTY LOU TAYLOR, trustee<br>Defendants | No. 3:11-cv-0314<br>Judge Wiseman |

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2006) (formerly codified as 40 U.S.C. §§ 258a-258e), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendants

1

in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

    It is so ORDERED.

                                                                     United States District Judge